UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDENTREE ASSET MANAGEMENT LP,     :
                                    :
          Plaintiff/Counterclaim    :
Defendant,                          :     14-CV-8951 (CM) (HBP)
                                    :
          v.                        :
                                    :
TEAMSTERS PENSION TRUST FUND OF     :
PHILADELPHIA & VICINITY,            :
                                    :
          Defendant/Counterclaim    :
Plaintiff.                          :
WILLIAM J. EINHORN, Administrator of the   :
TEAMSTERS PENSION TRUST FUND OF     :
PHILADELPHIA & VICINITY,            :     15-CV-1311 (CM) (HBP)
                                    :
          Plaintiff,                :
                                    :
          v.                        :
                                    :
GOLDENTREE ASSET MANAGEMENT LP, *et* :
*al.*,                              :
                                    :
          Defendants.               :

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between the Parties, by their undersigned counsel, that

these consolidated actions, including all claims and counterclaims asserted in these consolidated

actions, shall be dismissed with prejudice and without fees or costs awarded to any Party,

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

STEVENS & LEE, P.C.

Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 537-0409

*Attorneys for Teamsters Pension Trust Fund*
*of Philadelphia & Vicinity, its Administrator,*
*Adam H. Garner, and its former*
*Administrator, William J. Einhorn*

DEBEVOISE & PLIMPTON LLP

Jyotin Hamid
919 Third Avenue
New York, New York 10022
(212) 909-1031

*Attorneys for GoldenTree Asset Management*
*LP, GoldenTree Credit Opportunities Master*
*Fund, Ltd., GoldenTree 2004 Trust,*
*GoldenTree Credit Opportunities Second*
*Financing, Ltd., GoldenTree High Yield Value*
*Fund Offshore 110 Limited, GN3 SIP*
*Limited, GoldenTree High Yield Value Fund*
*Offshore (Strategic), Ltd., GoldenTree Loan*
*Opportunities III, Ltd., GoldenTree Loan*
*Opportunities IV, Ltd., GoldenTree Loan*
*Opportunities V, Ltd., GT NM, L.P.,*
*GoldenTree Capital Opportunities, L.P.,*
*GoldenTree Credit Opportunities Financing 1,*
*Ltd., Absalon II, Limited, Credit Fund Golden*
*Ltd. (f/k/a SEB Credit, Ltd.), Gold Coast*
*Capital Subsidiary X Limited, New Mexico*
*Educational Retirement Board, San*
*Bernardino County Employees' Retirement*
*Association, Dignity Health, City of New York*
*Group Trust, CenturyLink, Inc. Defined*
*Benefit Master Trust, Unipension Invest*
*F.M.B.A. High Yield Obligationer and*
*Stichting PGGM Depositary, acting in its*
*capacity as depositary of PGGM High Yield*
*Fund*